Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
Irina V. Lyapis (SBN 298723)
ilyapis@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Diana Hughes Leiden (SBN 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Plaintiff
KITTYHAWK.IO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTYHAWK.IO, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>KITTY HAWK CORPORATION, a Delaware corporation<br><br>Defendant. | **Case No.  3:19-cv-01714**<br><br>**PLAINTIFF KITTYHAWK.IO, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Kittyhawk.io, Inc. ("Plaintiff" or "Kittyhawk"), through the undersigned counsel of record for Plaintiff Kittyhawk certifies that Kittyhawk has no parent company, and Kittyhawk identifies the following publicly held corporation owning 10% or more of its stock: The Travelers Companies, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Kittyhawk that the following listed persons, associations of persons, firms, partnerships, corporations (including parent

1
PLAINTIFF KITTYHAWK.IO, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE
CASE NO. 3:19-cv-01714

corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

The following listed persons and entities have a financial interest in Kittyhawk:

1. Bonfire Ventures
2. Freestyle Ventures
3. The Flying Object (TFO)
4. The Boeing Company
5. The Travelers Companies, Inc.
6. Joshua Ziering
7. Jon Hegranes
8. David McKie

Dated:  April 3, 2019                                  WINSTON & STRAWN LLP

                                                       By:  */s/ Jennifer A. Golinveaux*
                                                            Jennifer A. Golinveaux
                                                            Diana Hughes Leiden
                                                            Irina V. Lyapis

                                                       Attorneys for Plaintiff Kittyhawk.io, Inc.

2
PLAINTIFF KITTYHAWK.IO, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS AND CORPORATE DISCLOSURE
CASE NO. 3:19-cv-01714