COLLEEN BAL, State Bar No. 167637
JOSHUA A. BASKIN, State Bar No. 294971
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email:   cbal@wsgr.com;
         jbaskin@wsgr.com

JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email:   jslafsky@wsgr.com

Attorneys for Defendant
KITTY HAWK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTYHAWK.IO, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KITTY HAWK CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | CASE NO.: 5:19-cv-01714-NC<br><br>**DEFENDANT KITTY HAWK CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Kitty Hawk Corporation states that it has no parent corporation. No publicly held corporation owns 10% or more of Kitty Hawk Corporation's stock.

Pursuant to Civil Local Rule 3-15, other than interests held by Kitty Hawk Corporation employees, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. One Aero, LLC

Dated: April 25, 2019

WILSON SONSINI GOODRICH & ROSATI, PC

By: /s/ Joshua A. Baskin
    Joshua A. Baskin

Attorneys for Defendant
KITTY HAWK CORPORATION

DEFENDANT KITTY HAWK CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15

-2-

Case No. 5:19-cv-01714-NC