UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTYHAWK.IO, INC., <br>     Plaintiff, <br>     v. <br> KITTY HAWK CORPORATION, <br>     Defendant. | Case No. 19-cv-01714-NC <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |

The parties attended a case management conference on July 3, 2019. After considering the joint case management statement submitted by the parties, IT IS HEREBY ORDERED THAT the following deadlines are set:

1. ALTERNATIVE DISPUTE RESOLUTION: This case is referred to private mediation for alternative dispute resolution, which is to be completed by **October 31, 2019**.

2. AMENDMENT OF PLEADINGS: The deadline to amend pleadings and add parties is **October 1, 2019**.

3. PROTECTIVE ORDER: The parties must meet and confer to draft and file a proposed order, if necessary, by **October 1, 2019**.

4. NON-EXPERT DISCOVERY:

    - All non-expert discovery must be completed by **February 10, 2020**. Each party may take no more than five depositions per side without further leave of the Court.

5. EXPERT WITNESSES:

    - Disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **February 24, 2020**.

- o Disclosure of rebuttal expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **March 9, 2020**.
- o Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **March 27, 2020**.

6. DISPOSITIVE MOTIONS: Parties must file and serve all dispositive motions by **April 13, 2020**.

7. FURTHER CASE MANAGEMENT CONFERENCE: **December 4, 2019, at 10:00 a.m.** The parties may appear telephonically.  The parties must file a joint case management statement at least one week prior to the conference.  *See* Civil L.R. 16-10(d).

8. PRETRIAL STATEMENTS:  The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due by **June 17, 2020**.

9. PRETRIAL CONFERENCE: **July 1, 2020, at 2:00 p.m.**

10. TRIAL DATE:  A jury trial will be held on **July 13, 2020, at 9:00 a.m.**

All hearings, conferences, and the trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated:  July 3, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge