JENNIFER A. GOLINVEAUX (SBN 203056)
*jgolinveaux@winston.com*
Irina V. Lyapis (SBN 298723)
*ilyapis@winston.com*
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone:    (415) 591-1000
FACSIMILE: (415) 591-1400

MICHAEL S. ELKIN
(*pro hac vice* application pending)
*melkin@winston.com*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700

DIANA HUGHES LEIDEN (SBN 267606)
dhleiden@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Plaintiff
Kittyhawk.io, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTYHAWK.IO, INC., a Delaware corporation, | Case No. 5:19-cv-01714 NC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| KITTY HAWK CORPORATION, a Delaware corporation, | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael S. Elkin of the law firm Winston & Strawn LLP hereby enters his appearance in this action on behalf of Plaintiff Kittyhawk.io, Inc.

Dated: October 21, 2019                    WINSTON & STRAWN LLP

                                           By:   */s/ Michael S. Elkin*
                                                 MICHAEL S. ELKIN (*pro hac vice* application
                                                 pending)
                                                 *melkin@winston.com*
                                                 WINSTON & STRAWN LLP
                                                 200 Park Avenue
                                                 New York, NY 10166-4193
                                                 Telephone:      (212) 294-6700
                                                 Facsimile:      (212) 294-4700

---