COLLEEN BAL, State Bar No. 167637
JOHN P. FLYNN, State Bar No. 141094
JOSHUA A. BASKIN, State Bar No. 294971
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone:   (415) 947-2000
Facsimile:   (415) 947-2099
Email:        cbal@wsgr.com;
              jflynn@wsgr.com;
              jbaskin@wsgr.com

JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
Email:        jslafsky@wsgr.com

Attorneys for Defendant
KITTY HAWK CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTYHAWK.IO, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>KITTY HAWK CORPORATION, a Delaware corporation,<br><br>         Defendant. | CASE NO.:  5:19-cv-01714-NC<br><br>**NOTICE OF APPEARANCE** |

1        TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that John P. Flynn of the law firm Wilson, Sonsini, Goodrich

3   & Rosati hereby enters his appearance in this action on behalf of Defendant Kitty Hawk

4   Corporation.

5

6    Dated:  January 23, 2020                          WILSON SONSINI GOODRICH &
                                                        ROSATI, PC
7
                                                        By:  /s/John P. Flynn
8                                                             John P. Flynn

9                                                       Attorneys for Defendant
                                                        KITTY HAWK CORPORATION
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28