# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTYHAWK.IO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KITTY HAWK CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 5:19-cv-01714 NC<br><br>Honorable Nathanael Cousins<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL AND RETAINING JURISDICTION TO ENFORCE THE SETTLEMENT** |

Plaintiff Kittyhawk.io, Inc. and Defendant Kitty Hawk Corporation, (collectively, "the Parties,") have stipulated to dismiss this case in its entirety with prejudice and further request that the Court retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

Having considered the Stipulation by the Parties and finding that good cause exists:

IT IS HEREBY ORDERED that the Parties' stipulated dismissal is GRANTED. This action is dismissed with prejudice. Each party shall bear its own fees and costs. The Court further retains jurisdiction to enforce the terms of the Parties' Settlement Agreement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 5, 2020



_____
Hon. Nathanael M. Cousins
United States Magistrate Judge